

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

February 24, 2015

**By ECF**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14C
New York, New York 10007-1312

   Re:   **Behzad Nehmadi v. Vic Lotan**
          **Docket No. 14-cv-0300 (CM)**

Dear Judge McMahon:

I write to advise the Court that the parties have resolved the issues associated with this matter. As such, enclosed please find a stipulation of dismissal, with prejudice, that has been signed by counsel for both parties. We would appreciate it if the Court could so-order the stipulation at Your Honor's convenience.

The Court's attention to this matter is appreciated.

                                            Respectfully submitted,

                                            RIVKIN RADLER LLP

                                            Barry I. Levy

cc:   Claude Castro, Esq. (by ECF)

926 RXR Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
BEHZAD NEHMADI a/k/a BEN NEHMADI,  Docket No.: 14-CV-00300 (CM)

                          Plaintiff,

              -against-

VIC LOTAN,

                          Defendant.
----------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff, Behzad Nehmadi a/k/a Ben Nehmadi ("Plaintiff") and Defendant, Vic Lotan ("Defendant") that Plaintiff's claims against Defendant in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendant shall each bear their own costs, disbursements and counsel fees in connection with the prosecution and/or defense of this action. Facsimile signatures shall be deemed originals for all purposes.

Dated: February 12, 2015

| | |
|---|---|
| RIVKIN RADLER LLP | CLAUDE CASTRO & ASSOCIATES PLLC |
| By: _____ | By: _____ |
|     Barry I. Levy (BL 2190) |     Claude Castro (CC 2101) |
| 555 Madison Avenue, 26th Floor | 444 Madison Avenue, Suite 500 |
| New York, New York 10022-3338 | New York, New York 10022 |
| Telephone: (212) 455-9555 | Telephone: (212) 810-2710 |
| *Counsel for Plaintiff, Behzad Nehmadi a/k/a Ben Nehmadi* | *Counsel for Defendant, Vic Lotan* |

SO ORDERED:

_____
Colleen McMahon, U.S.D.J
_____, 2015