UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BEHZAD NEHMADI a/k/a BEN NEHMADI,

                    Plaintiff,

      -against-

VIC LOTAN,

                    Defendant.
------------------------------------X

Docket No.: 14-CV-00300 (CM)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/15
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, Behzad Nehmadi a/k/a Ben Nehmadi ("Plaintiff") and Defendant, Vic Lotan ("Defendant") that Plaintiff's claims against Defendant in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendant shall each bear their own costs, disbursements and counsel fees in connection with the prosecution and/or defense of this action. Facsimile signatures shall be deemed originals for all purposes.

Dated: February 12, 2015

RIVKIN RADLER LLP

By: _____
    Barry I. Levy (BL 2190)
555 Madison Avenue, 26th Floor
New York, New York 10022-3338
Telephone: (212) 455-9555

*Counsel for Plaintiff, Behzad Nehmadi a/k/a Ben Nehmadi*

CLAUDE CASTRO & ASSOCIATES
PLLC

By: _____
    Claude Castro (CC 2104)
444 Madison Avenue, Suite 500
New York, New York 10022
Telephone: (212) 810-2710

*Counsel for Defendant, Vic Lotan*

SO ORDERED:

_____
Colleen McMahon, U.S.D.J
2/27, 2015